IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| GLORIA RANGEL HERNANDEZ, A.J.C.R. a minor, by GLORIA RANGEL HERNANDEZ, her parent and next friend, R.C.R. a minor, by GLORIA RANGEL HERNANDEZ, her parent and next friend, A.C.R., a minor, by GLORIA RANGEL HERNANDEZ, his parent and next friend, Y.M.R. a minor by GLORIA RANGEL HERNANDEZ, her parent and next friend, PRIMITIVA ALVAREZ RANGEL and FRANCISCO ALVAREZ RANGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>LARRY MACK, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, and SWIFT TRANSPORTATION SERVICES, LLC,<br><br>Defendants. | LAW NO. LACE130993<br><br>**ACCEPTANCE OF SERVICE BY DEFENDANTS** |

COME NOW Defendants, Larry Mack, Swift Transportation Company of Arizona, LLC and Swift Transportation Services, LLC, by and through their Attorneys, Robert Konchar of Simmons, Perrine, Moyer & Bergman and William Roemerman of Elderkin & Pirnie, and herein accepts service of the Original Notice and Petition at Law, filed by Plaintiff.

By: _____
Robert E. Konchar
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401-1266
Phone: 319-366-7641

By: _____
William Roemerman
Elderkin & Pirnie
316 Second St. S.E., Suite 124
Cedar Rapids, IA 52401
Phone: 319-362-2137
Fax: 319-362-1640
**ATTORNEYS FOR DEFENDANTS**

EXHIBIT B

Copy to:

William J. Bribriesco
BRIBRIESCO LAW FIRM, P.L.L.C.
2407 18th Street, Suite 200
Bettendorf, IA 52722
**ATTORNEY FOR PLAINTIFFS**

Proof of Service
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____1-28_____, 2019.

By: \_\_\_\_ U.S. Mail      \_\_\_\_ Fax
    \_\_\_\_ Hand Delivered \_\_\_\_ UPS
    _X_ EDMS              \_\_\_\_ Email

Signature _Jarry Searle_